

IN THE
TENTH COURT OF APPEALS

———————

No. 10-11-00387-CR

THE STATE OF TEXAS,

Appellant

v.

MEGAN LUCILLE MITCHELL,

Appellee

———————

From the County Court at Law No. 2
Brazos County, Texas
Trial Court No. 11-00288-CRM-CCL2

## MEMORANDUM  OPINION

The State appealed the trial court's order granting a motion to suppress.  A motion to dismiss the appeal has now been filed by the State and signed by the County Attorney of Brazos County.

Accordingly, the appeal is dismissed.  TEX. R. APP. P. 42.2(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 14, 2012
Do not publish
[CR25]